Terry L. Vanderkloot, Respondent, v. James M. Vanderkloot, Appellant.—

Concur—Nunez, J. P., Kupferman, McNally and Steuer, JJ.